■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE ARIEH, Appellant.—Judgment, Supreme Court, New York County (Edward Greenfield, J.), rendered on December 20, 1985, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Kupferman, J. P., Asch, Fein and Milonas, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CRAIG STREET, Appellant.—Judgment, Supreme Court, Bronx County (Joseph Mazur, J.), rendered on April 12, 1985, unanimously affirmed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RUBEN FIGUEROA, Appellant.—Judgment, Supreme Court, New York County (Brenda Soloff, J.), rendered on April 17, 1985, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Asch, Fein, Milonas and Rosenberger, JJ.

■ In the Matter of LIONEL WERNICK, an Attorney.—Petition granted insofar as to find that respondent has been convicted of a serious crime within the meaning of Judiciary Law § 90 (4) (d), referring the matter to petitioner for hearing, report and recommendation, and suspending respondent from practice as an attorney and counselor-at-law in the State of New York, effective October 9, 1986, and until the further order of this court. Concur—Sandler, J. P., Fein, Rosenberger, Ellerin and Wallach, JJ.